**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-6116**

———————

TYRESE D. HYLES,

　　　　　　　Petitioner - Appellant,

　　v.

WARDEN STREEVAL,

　　　　　　　Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Senior District Judge.  (7:23-cv-00400-MFU-JCH)

———————

Submitted:  May 20, 2024　　　　　　　　　　Decided:  July 23, 2024

———————

Before QUATTLEBAUM and BENJAMIN, Circuit Judges, and MOTZ, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Tyrese D. Hyles, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrese D. Hyles appeals the district court's order dismissing his 28 U.S.C. § 2241 petition without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hyles v. Streeval*, No. 7:23-cv-00400-MFU-JCH (W.D. Va. filed Jan. 11, 2024 & entered Jan. 12, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*